UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

BRENDA SCHAIT,

                 Plaintiff,

-against-

PENGUIN RANDOM HOUSE LLC,

                Defendant.

------------------------------------ x

ORDER

20 Civ. 10892 (GBD)

GEORGE B. DANIELS, District Judge:

    The March 9, 2021 initial conference is hereby cancelled, in light this case's referral to mediation.

Dated: March 8, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE