UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

BRENDA SCHAIT,

                        Plaintiff,

   -against-

PENGUIN RANDOM HOUSE LLC,

                      Defendant.

------------------------------------- x

ORDER

20 Civ. 10892 (GBD)

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED: AUG 0 3 2021**

GEORGE B. DANIELS, District Judge:

    This Court having been advised that the parties have reached a settlement in principle on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: August 3, 2021
       New York, New York

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE